**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN ABRAHAM, | ) NO. CV 12-7876-GW (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| DANIEL PARAMO, WARDEN, | ) |
| Respondent. | ) |

    Pursuant to the Court's Order Dismissing Petition As Second Or Successive And Denying A Certificate Of Appealability,

    IT IS ADJUDGED that the above-captioned action is dismissed, without prejudice, as second or successive, pursuant to 28 U.S.C. § 2244(b).

DATED: October 2, 2012.

                              */s/ George H. Wu*
                              GEORGE H. WU
                      UNITED STATES DISTRICT JUDGE